JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

MAUREEN BESSETTE (CABN 165775)
Chief, Oakland Branch
JAMES C. MANN (CABN 221603)
Assistant United States Attorney

   1301 Clay Street, Suite 340-S
Oakland, California 94612
Telephone:  (510) 637-3680
Facsimile:  (510) 637-3724
E-Mail:    Maureen.Bessette@usdoj.gov
             James.C.Mann@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-09-00737 DLJ |
|     Plaintiff, ) | NOTICE OF DISMISSAL ; **ORDER** |
|     v. ) | |
| MELWATT MELVIN MOOREHEAD, ) | |
|     Defendant. ) | |

    With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the Indictment returned against this defendant in the above-captioned matter without prejudice.  The United States further

////

////

////

////

////

NOTICE OF DISMISSAL
No. CR-09-00737 DLJ

////

requests that the Court order that defendant be released from federal custody forthwith.

DATED: July 28, 2010                                        Respectfully submitted,

                                                            JOSEPH P. RUSSONIELLO
                                                            United States Attorney


                                                            ____/s/_____
                                                            MAUREEN BESSETTE
                                                            Chief, Oakland Branch

**ORDER**

Based upon the motion of the United States, IT IS HEREBY ORDERED that leave is granted to the United States to dismiss the above-captioned indictment.  It is further ordered that defendant be released from federal custody forthwith.

DATED:  July 28, 2010                                       _____
                                                            HON. D. LOWELL JENSEN
                                                            United States District Judge

NOTICE OF DISMISSAL
No. CR-09-00737 DLJ